Case 3:21-mc-00024    Document 1    Filed 04/13/21    Page 1 of 1 PageID #: 1

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
TIME RECEIVED                REMOTE CSID        DURATION    PAGES    STATUS
April 13, 2021 at 2:31:17 PM CDT                35          1        Received

April 13, 2021

IRS     *faxed*

Medicare

Office of Inspector General   *faxed*

Judge Dickerson   *and or current Judge being fixed*

Dear Sirs:

    The United States Postal Service has been delivering some letter from a Mexican addressed to current residente, they wouldn't take it back it wasn't mine. I tried to give it back to her four times between several different under six foot carriers as temps even. They wrote a note the last attempt of someone's elses bins that if I didn't accept the other letter they would no longer drop my mail off at my address 520 ole Hwy 15 Apt 30, West Monroe, Louisiana Hillside West Apartments, Katherine Barfield. I told them more than once I didn't know the Mexican individuals and they wouldn't take the bins (current residente) letter back. I'm not even getting my utility bills at the address or irs, social security statements etc. I am reporting that they are holding my mail and returning it as identity theft. I have filed federally on this region already and no marshals will address my unaddressed petition vs. Capitol Hill. I need a phone call return and a responsible U. S. Marshall on the West Monroe Louisiana Postal Service they are all white partials and midgets not six feet and need to be removed. The Ouachita Parish police removed the last worker from me already stating that the letter was not for me. Thanks I need a response soon they can copy every paperwork I have it is complete identity theft.

Regards,

Katherine Barfield  520 Ole Hwy 15 Apt 30, West Monroe, Louisiana 71291